**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PHOENIX ENERGY,

    Plaintiff,

v.                                                Case No. 96-CV-40391-DT

WILLIAM GREIG,

    Defendant.
                                       /

**OPINION AND ORDER GRANTING "PLAINTIFF'S MOTION
FOR CONTINUANCE" AND SETTING TRIAL SCHEDULE**

On January 2, 2008, Plaintiff Phoenix Energy filed an unopposed "Motion for Continuance." The court held a January 4, 2008 telephone conference with counsel to discuss scheduling matters in light of Plaintiff's motion. During the conference, the parties agreed to the following schedule. Accordingly,

IT IS ORDERED that "Plaintiff's Motion for Continuance" [Dkt. # 193] is GRANTED.

IT IS FURTHER ORDERED that the case will proceed as follows:

(1)    The parties will submit jury instructions and other trial documents to the court by **January 21, 2008**.

(2)    The court will not hold a pretrial conference.[1]

---

[1]The court nonetheless encourages the parties to continue settlement negotiations.

(3)     The jury trial will commence at **10:00 a.m. on February 4, 2008**.


                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 4, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 4, 2008, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522